SLF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN -9 AM 10: 12

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. 08 MJ 0061 |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | |
| **Pratap Singh RAWAT** ) | Title 18, U.S.C., Section 1546(a) |
| A.K.A. Muhammad A. Kawarit ) | Misuse of Entry Document |
| ) | |
| Defendant, ) | |
| ) | |

The undersigned complainant being duly sworn states:

On or about **January 8, 2008**, within the Southern District of California, defendant **Pratap Singh RAWAT (A.K.A. Muhammad A. Kawarit)**, an alien, in applying for entry to the United States at the San Ysidro, California Port of Entry, did impersonate another by presenting to a United States Customs and Border Protection Officer a document of entry, to wit, an Alien Registration Card, bearing the name of Muhammad A Kawarit, in order to gain admission into the United States; in violation of Title 18, United States Code, Section 1546(a).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Claudia Rios, U. S. Customs and
Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this 9th day of **January, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On January 8, 2008 at approximately 7:00 AM **Pratap Singh RAWAT** (Defendant) made application for admission into the United States at the San Ysidro Port of Entry through pedestrian primary lane number three (3). During primary inspection Defendant presented a Permanent Resident Alien Card (I-551) bearing the name KAWARIT, Muhammad A. as his entry document to a U.S. Customs and Border Protection (CBP) Officer. Defendant stated to the CBP Officer that his name was Muhammad A. KAWARIT, born in Syria and the he was going to San Diego, California. The CBP Officer suspected Defendant was not the lawful owner of the Permanent Resident Card presented and that the document presented was photo altered. The CBP Officer escorted Defendant to a secondary office for further inspection.

During secondary inspection, CBP Officers conducted computer checks, which revealed Defendant was not the lawful owner of the document presented. Defendant gave his true name, and stated to the secondary CBP Officers that he is a citizen of India, with no legal rights or documents to enter the United States.

CBP Officers conducted a search of his belongings and discovered a counterfeit California Identification Card bearing his photograph and reflecting the name of Muhammad A. KAWARIT. Defendant was turned over to the San Ysidro Prosecutions Unit for further disposition.

A search in immigration databases, the Central Index System (CIS), the Deportable Alien Control System (DACS) and Computer Linked Application Management System (CLAIMS) verified Defendants identity and confirmed his lack of immigration status in the United States.